318

UNITED STATES of America,
Plaintiff—Appellee,

v.

Richard WASHINGTON, Defendant—
Appellant.

No. 03–10267.

D.C. No. CR–95–00218–LDG.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 12, 2004.*

Decided Jan. 16, 2004.

Kimberly M. Frayn, Asst. U.S. Atty., Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

Peter Christiansen, Las Vegas, NV, for Defendant–Appellant.

Before BEEZER, HALL, and SILVERMAN, Circuit Judges.

MEMORANDUM**

Richard Washington appeals the sentence imposed upon revocation of his supervised release. The record does not support Washington's contention that the district court's imposition of the maximum statutory sentence was the product of bias. Nor do the district judge's remarks indicate the type of pervasive or prejudicial bias that would require recusal under 28

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

U.S.C. § 455(a). *nited States v. Wilkerson,* 208 F.3d 794, 797 (9th Cir.2000).

The sentence is therefore **AFFIRMED.**

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.